# United States Court of Appeals
## For the First Circuit

No. 02-1205

UNITED STATES OF AMERICA,

Appellee,

v.

JOSÉ PADILLA-GALARZA,

Defendant, Appellant.

**ERRATA**

The opinion of this court issued December 12, 2003, is amended as follows:

On page 10, second full paragraph, line 4, replace "boot camp") with 'boot camp').

On page 10, second full paragraph, line 7, replace "six month" with "six-month."